James S. Mundy, Esq.
ABA No. 1009049
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Fax: (907) 563-7322
Email: jmundy@jdolaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| THE ALASKA HOTEL, RESTAURANT AND CAMP EMPLOYEES HEALTH AND WELFARE TRUST FUND, | |
|---|---|
| Plaintiff, | |
| vs. | |
| CORSAIR, INC., | Case No. 3:11-cv- 00175-RRB |
| Defendant. | |

## ▆▆▆▆▆▆▆▆ DEFAULT JUDGMENT AGAINST CORSAIR, INC.

CORSAIR, INC., Defendant herein, having been served via certified mail on September 23, 2011, Defendant having failed to plead in or otherwise defend said action,

---

*HERE v. Corsair, Inc.*  
DEFAULT JUDGMENT  
Case No. 3:11-cv- 00175-RRB  
Page 1 of 3

the legal time for pleading or otherwise defending having expired, and default of Defendant having been duly entered according to law, upon the application of Plaintiff, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall recover from and have judgment against Defendant CORSAIR, INC. as follows:

| | | |
|---|---|---|
| a. | Principal balance for employee benefit contributions for September 2010 through September 28, 2011 | $ 13,104.33 |
| b. | Prejudgment interest at eight percent (8%) per annum incurred through 11/15/11 | $ 632.58 |
| c. | Prejudgment interest at eight percent (8%) per annum incurred from 11/16/11 through 2/17/12 | $ 267.11 |
| d. | Liquidated damages | $ 3,770.87 |
| e. | Accounting fees | $ 4,784.02 |
| **f.** | **Subtotal** | **$ 22,558.91** |
| g. | Liquidated damages (October 2009 – December 2009) | $ 915.28 |
| **h.** | **Subtotal** | **$ 23,474.19** |
| i. | Attorney's Fees<br>Date awarded:_____ | $_____ |

j.  Costs                                        $_____
        Date awarded:_____

k.  **TOTAL JUDGMENT**                           $_____

l.  Post-judgment interest rate                  _____

**LET EXECUTION ISSUE FORTHWITH.**


DATED: February 27, 2012      /s/ RRB
                        _____
                        RALPH R. BEISTLINE
                        U.S. DISTRICT COURT JUDGE