James S. Mundy, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA HOTEL, RESTAURANT AND CAMP EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>       Plaintiff,<br><br>vs.<br><br>CORSAIR, INC.,<br><br>       Defendant. | Case No. 3:11-cv-00175-RRB |

### SATISFACTION OF JUDGMENT

On February 27, 2012, the Alaska Hotel, Restaurant and Camp Employees Health and Welfare Trust Fund, as Plaintiff, obtained Default Judgment against defendant Corsair, Inc., entered by The Honorable Ralph R. Beistline, U.S. District Court Judge, in the principal amount of $31,710.19 plus interest at the rate of .18% per annum from February 27, 2012, until paid in full.

The judgment has been paid to the satisfaction of the Plaintiff. At the time of payment, Plaintiff was the owner of the judgment and was entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, and costs, the receipt of which is hereby acknowledged, Plaintiff, as the legal owner and holder of the judgment, acting herein by and through James S. Mundy, of Jermain, Dunnagan & Owens, P.C., its duly

authorized attorneys of record herein, hereby declares the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

DATED at Anchorage, Alaska this 27th day of April, 2012.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: /s/James S. Mundy
James S. Mundy
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844/(907) 563-7322
jmundy@jdolaw.com
ABA No. 1009049

**CERTIFICATE OF SERVICE**
This is to certify that on this 27th day of April, 2012, a true and correct copy of the foregoing was served via cmecfmail to:

Kevin Anderson

s/James S. Mundy